UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICA SUNDAY DEERFIELD,

    Plaintiff,

v.           Case No. 19-C-1738

MODS INTERNATIONAL, INC. and
DOUGLAS A. LARSON,

    Defendants.

# ORDER FOR DEFAULT JUDGMENT CONFIRMING ARBITRATION AWARD AGAINST MODS INTERNATIONAL, INC. AND DOUGLAS A. LARSON PURSUANT TO 9 U.S.C. §§ 9 & 13

The Court, having considered the Notice of Motion and Motion for Default Judgment and the Affidavit in Support of Motion for Default Judgment submitted herewith, hereby enters the following order:

1. The Plaintiff Mica Sunday Deerfield's Petition to Confirm Arbitration Award filed on November 27, 2019 is **GRANTED**.

2. The Arbitration Award dated November 12, 2019 is hereby **CONFIRMED**.

3. An award of $106,780 is hereby entered against MODS International, Inc. and Douglas A. Larson jointly and severally.

4. An award of $751.11 for costs incurred in the above-captioned matter ($400 filing fee, $130 Person Service Attempt, $115.47 Publication – Press Gazette, and $105.64 Publication – Post Crescent) is hereby entered against MODS International, Inc. and Douglas A. Larson jointly and severally.

5.  Post Judgment Interest Rates pursuant to 28 U.S.C. § 1961 shall be calculated from the date of the entry of judgment.

6.  A total Judgment of $107,531.11 shall be entered against MODS International, Inc. and Douglas A. Larson.

Dated at Green Bay, Wisconsin this 29th day of January, 2020.

s/ William C. Griesbach  
William C. Griesbach, District Judge  
United States District Court